UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAMUEL JEROME LEWIS,

   Plaintiff,

v.                                            Case No. 3:25cv2084-LC-HTC

BLACKWATER RIVER CORRECTIONAL
REHABILITATION FACILITY, et al.,

   Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on November 12, 2025 (ECF No. 5), recommending this case be dismissed without prejudice under the Court's inherent power because Lewis failed to truthfully disclose his litigation history. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE because Plaintiff failed to truthfully disclose his litigation history.

3. The clerk shall close the file.

**DONE AND ORDERED** this 8th day of December, 2025.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv2084-LC-HTC